```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF GEORGIA
                        AUGUSTA DIVISION
```

| | |
|---|---|
| BRENDA THOMAS-HICKSON, | * |
| Plaintiff, | * |
| v. | *   CV 120-066 |
| TIMOTHY MILLER; WALMART, INC.; WAL-MART STORES EAST, LP; JOHN DOE; JANE DOE; and ABC CORP., | * |
| Defendants. | * |

## ORDER

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 28.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA